United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 17-12946-elf
Andrea Jones                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Pamela         Page 1 of 2           Date Rcvd: Oct 06, 2017
                          Form ID: 152         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db              +Andrea Jones,    2435 S. 72nd Street,    Philadelphia, PA 19142-1503
13908132        +Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
13908134        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13908135        +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13928973        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13908137        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                  Oklahoma City, OK 73126-0648
13908138        +PGW,    PO Box 11700,    Newark, NJ 07101-4700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Oct 07 2017 01:39:55     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2017 01:39:13
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2017 01:39:48      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13994809         E-mail/Text: bankruptcy@phila.gov Oct 07 2017 01:39:56     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13908133        +E-mail/Text: bknotice@erccollections.com Oct 07 2017 01:39:35     ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13968351        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 07 2017 01:39:31     MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
13908136        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 07 2017 01:39:31     Midland Funding,
                  Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
13974347         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2017 01:43:50
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13908131*       +Andrea Jones,    2435 S 72nd Street,    Philadelphia, PA 19142-1503
13908139*       ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                 (address filed with court:   WATER REVENUE BUREAU,    City of Philadelphia Law Dept,
                  1515 Arch Street, 15th flr,    Philadelphia, PA 19102)
13968352*       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Andrea    Jones aaamcclain@aol.com,    edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

```
District/off: 0313-2          User: Pamela                Page 2 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: 152                Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrea Jones
    Debtor(s)

Case No: 17−12946−elf

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/7/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

17 – 14
Form 152