**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            : Chapter 13

**Jones, Andrea**

      **Debtor**

                      :           17-12946

**CERTIFICATE OF SERVICE OF
DEBTOR'S AMENDED CHAPTER 13 PLAN**

    I certify that on  November 30, 2017 ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: November 30, 2017

                                           "/s/"Mitchell J. Prince
                                          John L. McClain, Esquire
                                          Mitchell J. Prince, Esquire
                                          Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072