IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         : Chapter 13
    Jones, Andrea
        Debtor                                      : 17-12946

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Integrity National Corporation**
**1738 Elton Road Ste 311**
**Silver Spring, MD 20903**

Re:   **Jones, Andrea**
SSN:  xxx-xx-1812

    The future earnings of the above named debtor Jones, Andrea, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$250.00 starting December 1, 2017 for 5 months, then as of May 27, 2018, the payment shall increase to $600 Monthly for a period of 48 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$250.00 starting December 1, 2017 for 5 months, then as of May 27, 2018, the payment shall increase to $600 Monthly for a period of 48 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

        BY THE COURT    _____ 12-7-17
                              JUDGE

Integrity National Corporation
1738 Elton Road Ste 311
Silver Spring, MD 20903

Jones, Andrea

2435 S 72nd Street
Philadelphia, PA 19142

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123