United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12946-elf
Andrea Jones                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Dec 07, 2017
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db             +Andrea Jones,    2435 S. 72nd Street,    Philadelphia, PA 19142-1503
               +Integrity National Corporation,   1738 Elton Road,   Suite 311,   Silver Spring, MD 20903-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Andrea  Jones aaamcclain@aol.com, edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Jones, Andrea
    Debtor : 17-12946

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Integrity National Corporation**
**1738 Elton Road Ste 311**
**Silver Spring, MD 20903**

Re: **Jones, Andrea**
SSN: xxx-xx-1812

The future earnings of the above named debtor Jones, Andrea, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$250.00 starting December 1, 2017 for 5 months, then as of May 27, 2018, the payment shall increase to $600 Monthly for a period of 48 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$250.00 starting December 1, 2017 for 5 months, then as of May 27, 2018, the payment shall increase to $600 Monthly for a period of 48 months to:**

William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT     _[signature]_     12-7-17
                                 JUDGE

Integrity National Corporation
1738 Elton Road Ste 311
Silver Spring, MD 20903

Jones, Andrea

2435 S 72nd Street
Philadelphia, PA 19142

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123