June 26-2018

United State Bankruptcy Court
Chapter 13 Andrea Jones : 1712946

I Andrea Jones is ask the Bankruptcy Court. to stop the Trustee Payments of $600 dollar a month.
Because I will not have nothing left, to pay my mortgage or my Bills.

Thank You
Andrea Jones
# 1712946
2435 South 72ND St
Phila PA 19142
215-668-7508



FILED
JUN 26 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK