**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        : Chapter 13
    Jones, Andrea

     Debtor(s)              : 17-12946

        :

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 27th day of    June    2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Integrity National Corporation to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

_____
JUDGE   ERIC L. FRANK


Integrity National Corporation
1738 Elton Road Ste 311
Silver Spring, MD 20903


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Jones, Andrea

2435 S 72nd Street
Philadelphia, PA 19142


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106